**QUILL & ARROW, LLP**
Gregory Sogoyan, Esq. (SBN 316832)
gsogoyan@quillarrowlaw.com
e-service@quillarrowlaw.com
10880 Wilshire Blvd., Suite 1600
Los Angeles, CA 90024
Telephone: (310) 933-4271
Facsimile: (310) 889-0645
Attorneys for Plaintiff,
MATTHEW ERICKSON

Matthew C. Wolf (SBN 223051)
mwolf@thwvlaw.com
Lauren K. VanDenburg (SBN 299957)
lvandenburg@thwvlaw.com
**TURNER HENNINGSEN WOLF & VANDENBURG, LLP**
707 Wilshire Boulevard, Suite 3700
Los Angeles, California 90017
Tel: 323-653-3900
Attorneys for Defendant,
JAGUAR LAND ROVER NORTH AMERICA, LLC

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MATTHEW ERICKSON, an individual,<br><br>Plaintiff,<br><br>vs.<br><br>JAGUAR LAND ROVER NORTH AMERICA, LLC, a Delaware Limited Liability Company,<br><br>Defendants. | Case No. 3:25-cv-00858-BAS-BLM<br><br>Judge: Hon. Cynthia Bashant<br>Magistrate Judge: Barbara Lynn Major<br><br>**JOINT STIPULATION TO REMAND CASE TO STATE COURT**<br><br>[Filed concurrently with Proposed Order Granting Stipulation]<br><br>Date Filed: March 10, 2025<br>Trial Date: October 19, 2026 |

IT IS HEREBY STIPULATED by and between Plaintiff MATTHEW ERICKSON ("Plaintiff") and Defendant JAGUAR LAND ROVER NORTH AMERICA, LLC ("Defendant" or "JLRNA") (collectively, the "Parties"), by and through their respective counsel of record, as follows:

WHEREAS, on or about March 10, 2025, this matter was initially filed in the California Superior Court, for the County of San Diego. Plaintiff brought the following causes of action against Defendant: (1) Violation of the Song-Beverly Act — Breach of Express Warranty; (2) Violation of the Song-Beverly Act — Breach of Implied Warranty; (3) Violation of the Song-Beverly Act, § 1793.2(B) (failure to commence service or repairs within a reasonable time and failure to repair the Vehicle to conform to the applicable warranties within 30 days).

WHEREAS, on or about April 10, 2025, Defendant JLRNA filed a Notice of Removal in state court, removing this matter to this Court.

WHEREAS, the Parties met and conferred to discuss remanding this matter to state court, among other things.

WHEREAS, after meeting and conferring, and in the interest of judicial economy, the Parties have agreed to stipulate to remand this matter back to the California Superior Court, for the County of San Diego.

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

JOINT STIPULATION TO REMAND

NOW, THEREFORE, IT IS HEREBY STIPULATED, and Counsel for the Parties hereby jointly request and stipulate that this matter be remanded back to the California Superior Court, for the County of San Diego.


Respectfully submitted,

Dated:  July 10, 2026          **QUILL & ARROW, LLP**


BY*: /s/Gregory Sogoyan*
Gregory Sogoyan
Attorney for Plaintiff,
MATTHEW ERICKSON


Dated:  July 10, 2026          **TURNER HENNINGSEN WOLF &**

**VANDENBURG, LLP**


By:          */s/ Matthew C. Wolf*
Matthew C. Wolf
Lauren K. VanDenburg
Attorneys for Defendant,
JAGUAR LAND ROVER NORTH
AMERICA, LLC

JOINT STIPULATION TO REMAND

## SIGNATURE ATTESTATION

Pursuant to Local Rule 5-4.3.4(a)(2)(i), I hereby attest that the other signatory to this document has concurred in the filing of this document and that I have obtained authorization to affix his electronic signature to this document

Dated:  July 10, 2026          **TURNER HENNINGSEN WOLF & VANDENBURG, LLP**


By:     /s/ Matthew C. Wolf
          Matthew C. Wolf
          Lauren K. VanDenburg
          Attorneys for Defendant
          JAGUAR LAND ROVER NORTH
          AMERICA, LLC